UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:15-cr-62-HSM-CHS |
| v. | ) | |
| | ) | |
| ASHLEY SHERILL BAKER | ) | |

MEMORANDUM AND ORDER

The Defendant, Ashley Sherill Baker ("Defendant"), appeared for a hearing before the undersigned on September 29, 2015, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release ("Petition").

After being sworn in due form of law, Defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

The Court determined that Defendant had been furnished a copy of the Petition and that she had an opportunity to review it with her attorney. Defendant was advised of her right to a probable cause hearing and a detention hearing but waived such hearings and consented to the entry of an order finding that she had violated her conditions of release.

Based on the allegations of the Petition and the waiver of Defendant, I find that Defendant has violated her conditions of release. Defendant's bond conditions are revoked and she is ORDERED into custody to be DETAINED WITHOUT BAIL pending trial.

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE